IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dale, Robert P

Printed: 4/8/08

Case Number: 07 B 07366
Judge: Hollis, Pamela S
Filed: 4/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: July 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 625.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 591.25 |
| Trustee Fee: |  | 33.75 |
| Other Funds: |  | 0.00 |
| Totals: | 625.00 | 625.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 591.25 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 8,146.53 | 0.00 |
| 3. | Illinois Dept Of Employment Sec | Unsecured | 827.80 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 1,477.00 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 80.39 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 90.14 | 0.00 |
| 7. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 8. | Baron Von Scoot | Unsecured |  | No Claim Filed |
| 9. | Mitchell N Kay | Unsecured |  | No Claim Filed |
| 10. | Rewards 660 | Unsecured |  | No Claim Filed |
| 11. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 12. | Internal Revenue Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,955.86 | $ 591.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 33.75 |
|  | _____ |
|  | $ 33.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dale, Robert P | Case Number:  07 B 07366 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  4/24/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

